### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MALANTONIO,<br>　　　　　**Plaintiff,** | CIVIL ACTION |
| **v.** | |
| THE VALLEY CAFE,<br>　　　　　**Defendant.** | NO.  23-5125 |

### O R D E R

**AND NOW**, this 30th day of March, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 21 (the "Motion")), Plaintiff's response in opposition thereto (ECF No. 24), and Defendant's reply in support of their Motion (ECF No. 26), it is **ORDERED** that the Motion is **DENIED** on all counts.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**